IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DAVID WEBB and MELISSA WEBB,
                    Plaintiffs

vs.

                    Case No. 11-CV-2606-JTM/KGG

CONVERGENT OUTSOURCING, INC.
dba ER SOLUTIONS, INC.,
                    Defendant

## **DEFENDANT'S MOTION TO DISMISS**

Defendant respectfully requests this Court dismiss Plaintiffs' complaint under Fed. R. Civ. P. 12 (b)(6) for failure to state a claim upon which relief may be granted. The Motion to Dismiss should be granted because the Complaint does not comply with Fed. R. Civ. P. 8, by failing to contain factual assertions showing Plaintiffs are entitled to relief.

In further support, Defendant incorporates its Memorandum in Support of Its Motion to Dismiss, which is filed contemporaneously.

WHEREFORE, Defendant respectfully requests this Court dismiss Plaintiffs' complaint and grant such other and further relief as this Court deems just and equitable.

                    Respectfully submitted,

                    BUTLER & ASSOCIATES, P.A.

                    /s/ Stephanie B. Poyer
                    Stephanie B. Poyer      #25055
                    Todd B. Butler         #12711
                    3706 S. Topeka Blvd., Suite 300
                    Topeka, KS 66609
                    Ph. (785) 267-6444
                    Fax (785) 267-7341
                    stephanie@balaw.org
                    todd@balaw.org
                    *Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

    I hereby certify that on the 29th day of November, 2011, I electronically filed the foregoing Defendant's Motion to Dismiss with the clerk of the court by using the CM/ECF system, which distributes copies to all counsel of record.

                                                   /s/ Stephanie B. Poyer_____
                                                   Stephanie B. Poyer               #25055